UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-2505**

Case Title: **TN, et al** vs. **Linda McMahon, et al**

List all clients you represent in this appeal:

**Victim Rights Law Center**
**Jane Doe**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☑ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Elizabeth E. Theran**    Signature: s/ **Elizabeth E. Theran**

Firm Name: **National Women's Law Center**

Business Address: **1350 I St. NW, 7th Floor**

City/State/Zip: **Washington, DC 20005**

Telephone Number (Area Code): **(202) 588-5180**

Email Address: **etheran@nwlc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17