# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 14, 2025

Mr. Jack Scott Gatlin
Gatlin Voelker
2500 Chamber Center Drive
Suite 203
Ft. Mitchell, KY 45017

Ms. Elizabeth Ellen Theran
National Women's Law Center
1350 I Street, N.W.
Suite 700
Washington, DC 20005

> Re: Case No. 25-5205, *TN, et al v. Linda McMahon, et al*
> Originating Case No. 2:24-cv-00072

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending the court's jurisdictional review. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

>                       Sincerely yours,
>
>                       s/Robin L Baker
>                       Case Manager
>                       Direct Dial No. 513-564-7014

cc: Mr. James A. Barta
　　Mr. John J. Bursch
　　Mr. Thomas Elliot Gaiser
　　Mr. Kevin Michael Gallagher
　　Ms. Whitney D. Hermandorfer
　　Mr. Matthew Franklin Kuhn
　　Mr. Steven A. Myers
　　Ms. Mathura Jaya Sridharan
　　Mr. Michael Ray Williams