# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE, et al.,

    Plaintiffs-Appellees,

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross,

    Intervenors-Plaintiffs-Appellees,

    v.

LINDA MCMAHON, et al.,

    Defendants-Appellees,

    and

VICTIM RIGHTS LAW CENTER, et al.,

    Proposed Intervenors-Defendants-Appellants.

No. 25-5205

## FEDERAL DEFENDANTS' RESPONSE TO PROPOSED INTERVENORS' REMAND MOTION

Pursuant to Federal Rule of Appellate Procedure 27(a)(3), the federal defendants take no position on the request filed by proposed intervenors Victim Rights Law Center and Jane Doe to "remand this action to the district court for the limited purpose of completing briefing and rendering a decision on their motion to intervene." Mot. 2.[1] Were this Court to exercise its discretion to remand to the district court, *cf. Taylor v. KeyCorp*, 680 F.3d 609, 617 n.12 (6th Cir. 2012), the federal

---

[1] Proposed intervenors did not seek the federal defendants' views on the request ahead of filing.

defendants respectfully suggest that the Court should put this appeal in abeyance, retain jurisdiction over the appeal, and remand for the limited purpose of allowing the district court to rule on the merits of the intervention motion in the first instance. *Cf. Easley v. University of Michigan Bd. of Regents*, 853 F.2d 1351, 1358 (6th Cir. 1988) (retaining jurisdiction and remanding to district court for limited purpose of conducting an evidentiary hearing); *Hobson v. Hansen*, 44 F.R.D. 18, 21 (D.D.C 1968) (resolving intervention motion after the court of appeals held the proposed intervenors' "direct appeals" from a final judgment "in abeyance and remanded the motions to intervene for a hearing" in district court).

Respectfully submitted,

YAAKOV M. ROTH
   *Acting Assistant Attorney General*

MELISSA N. PATTERSON
 /s/ *David L. Peters*
-----------------------
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1673*

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ David L. Peters*
                                                  David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 211 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters
