No. 25-5205

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE, et al.,
*Plaintiff-Appellees*,

and

CHRISTIAN EDUCATORS ASSOCIATION
INTERNATIONAL, et al.,
*Intervenor-Plaintiff-Appellees*,

v.

LINDA MCMAHON, et al.,
*Defendant-Appellees*,

and

VICTIM RIGHTS LAW CENTER,
*Proposed Intervenor-Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Kentucky
Case No. 2:24-cv-00072
The Honorable Stephen Chad Meredith

**APPELLANT VICTIM RIGHTS LAW CENTER'S STATUS REPORT**

Proposed Intervenor-Defendant-Appellant Victim Rights Law Center ("VRLC") provides this status report setting forth the status of proceedings on remand in accordance with the Court's October 10, 2025, Order. *See* 6th Cir. Dkt. 30-1.

On October 10, the Court remanded the appeals filed by Proposed Intervenor-Defendants VRLC and A Better Balance ("ABB") to allow the district court to adjudicate their pending motions to intervene. *See id.* On remand, VRLC and ABB jointly moved to vacate the district court's March 14, 2025, order (Order, R. 185, Page ID ## 6119-6121), which had denied all pending motions, including the motions to intervene, as moot. (Joint Motion to Vacate Order, R. 196, Page ID ## 6205-6211.) On October 20, the district court partially granted the joint motion and reinstated the motions to intervene. (Order, R. 199, Page ID ## 6241-6243.)

In that order, the district court noted that Eastern District of Kentucky Chief Judge David L. Bunning had entered General Order 25-12 ("Holding Certain Civil Matters in Abeyance"), which suspended and held in abeyance all civil litigation involving the United States of America due to the lapse in congressional appropriations. (Order, R. 199,

2

Page ID # 6242.) Accordingly, the district court stayed this matter pending the expiration of General Order 25-12 or any extension of that order. (Order, R. 199, Page ID # 6243.) The district court instructed that, once the stay lifts, the U.S. Department of Education will have fourteen days to file a second response to the motions to intervene. *Id.* ABB and VLRC will then have five days to file replies. *Id.*

General Order 25-12 expired on October 29, but General Order 25-14 extended the district court's abeyance order for an additional fourteen days, through November 12. *See* General Order No. 25-14, In Re: Holding Certain Civil Matters in Abeyance (E.D. Ky. Oct. 29, 2025), https://www.kyed.uscourts.gov/sites/kyed/files/gen2514_Holding_Certain_Civil_Matters_In_Abeyance.pdf. Therefore, the matter remains stayed.

Finally, on November 7 the parties received notice that this matter has been reassigned from Judge Danny Reeves to Judge Stephen Chad Meredith for all further proceedings. *See* Order, R.200, PageID # 6245.

Dated: November 10, 2025      Respectfully submitted,

<u>/s/ Elizabeth E. Theran</u>
Elizabeth E. Theran
Shiwali Patel
Rachel Smith

3

National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
etheran@nwlc.org
spatel@nwlc.org
rsmith@nwlc.org

Ellen Eardley
Andrea Forsee
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
eeardley@findjustice.com
aforsee@findjustice.com

*Attorneys for Proposed Intervenor-Defendant VRLC*

# CERTIFICATE OF SERVICE

I certify that on November 10, 2025, the above document was filed with the CM/ECF filing system, which electronically serves a copy to all counsel of record.

DATED: November 10, 2025      /s/ *Elizabeth E. Theran*
                                                    Elizabeth E. Theran