Nos. 25-5205, 25-5206

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE, et al.,
*Plaintiff-Appellees*,

and

CHRISTIAN EDUCATORS ASSOCIATION
INTERNATIONAL, et al.,
*Intervenor-Plaintiff-Appellees*,

v.

LINDA MCMAHON, et al.,
*Defendant-Appellees*,

and

VICTIM RIGHTS LAW CENTER,
*Proposed Intervenor-Defendant-Appellant*,

and

A BETTER BALANCE,
*Proposed Intervenor-Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Kentucky
Case No. 2:24-cv-00072

JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby

stipulate to the dismissal of this appeal with prejudice, with each side to bear its

own fees and costs related to this appellate proceeding. No fees are due to the

Court.

Dated: May 8, 2026

Respectfully submitted,

*For Proposed Intervenor-Defendant*
*A Better Balance:*

/s/ Tara Patel
Tara Patel
Sophie Lenihan
Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 470-1060
tpatel@publicjustice.net

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Marissa Benavides
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
(646) 876-5766
benavides@braunhagey.com

Matthew Borden
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
(415) 599-0210
borden@braunhagey.com

*For State of Tennessee:*

**JONATHAN SKRMETTI**
   Attorney General and Reporter

*For Proposed Intervenor-Defendant*
*Victim Rights Law Center:*

/s/ Rachel Smith
Shiwali Patel
Rachel Smith
Elizabeth Tang
Elizabeth E. Theran
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
spatel@nwlc.org
rsmith@nwlc.org
etang@nwlc.org
etheran@nwlc.org

Andrea Dobson-Forsee
Ellen Eardley
MEHRI & SKALET PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
aforsee@findjustice.com
eeardley@findjustice.com

*For Federal Defendants-Appellees:*

Brett A. Shumate
Assistant Attorney General

/s/ Steven A. Myers
Charles W. Scarborough
Steven A. Myers
David L. Peters
Attorneys, Appellate Staff
Civil Division, Room 7232
U.S. Department of Justice

/s/ Virginia N. Adamson
J. MATTHEW RICE
  Solicitor General
VIRGINIA N. ADAMSON
  Assistant Solicitor General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
matt.rice@ag.tn.gov
jenna.adamson@ag.tn.gov


*For Commonwealth of Kentucky:*

**RUSSELL COLEMAN**
  Attorney General

/s/ Matthew F. Kuhn
MATTHEW F. KUHN
  Solicitor General
**Kentucky Office of the Attorney General**
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov


*For State of Indiana:*

**THEODORE E. ROKITA**
  Attorney General

/s/ James A. Barta
JAMES A. BARTA
  Solicitor General
**Indiana Attorney General's Office**
IGCS – 5th Floor
302 W. Washington St.


950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-8648


*For Intervenor-Plaintiff-Appellees:*

/s/ Natalie Thompson
Natalie D. Thompson
ALLIANCE DEFENDING FREEDOM
7250 Dallas Parkway, Suite 700
Plano, Texas 75024
Telephone: (469) 894-8700
nthompson@adflegal.org


Mathew W. Hoffmann
Brittany B. Burnham
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
mhoffmann@ADFlegal.org
bburnham@ADFlegal.org


John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org


Jonathan A. Scruggs
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org


Tim Davis
Allison Allman
JACKSON WALKER LLP

3

Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

777 Main Street, Suite 2100
Fort Worth, TX 76102
(817) 334-7206
tdavis@jw.com
aallman@jw.com

*For State of Ohio:*

**DAVE YOST**
 Attorney General

*/s/ Mathura Sridharan*
MATHURA SRIDHARAN*
 Solicitor General
**Office of the Ohio Attorney General**
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
mathura.sridharan@ohioago.gov

*For Commonwealth of Virginia:*

**JAY JONES**
 Attorney General

*/s/ R. Trent Taylor*
R. TRENT TAYLOR
 Deputy Solicitor General
**Office of the Virginia Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
ttaylor@oag.state.va.us

*For State of West Virginia:*

**JOHN B. McCUSKEY**
 Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS

Solicitor General
**Office of the West Virginia Attorney General**
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

5

**CERTIFICATE OF SERVICE**

I certify that on this May 8, 2026, I electronically filed the foregoing stipulation in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

*Rachel Smith*
Rachel Smith
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
rsmith@nwlc.org